

## ORDERED in the Southern District of Florida on June 9, 2023.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Frank Demoya                                    Case No: 23-11705-LMI
                                                Chapter 13

             Debtor          /

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

**THIS MATTER** having come to be heard on the Court's consent calendar on June 6, 2023, upon Debtor's Motion to Determine Joint Creditors [ECF#29], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Determine there are no joint Creditors is **GRANTED**.
2. The debtor's exemptions are allowed as claimed.

# # #

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
Jose A. Blanco | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463

The Law Office of Jose A. Blanco, P.A., is hereby directed to serve a copy of this Order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).